| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** | <br>Order Filed on May 23, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>  RAUL MARICICH | Case No.:  18-14993RG<br><br>Hearing Date:  5/16/2018<br><br>Judge:  ROSEMARY GAMBARDELLA |

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: May 23, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.: 18-14993RG

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 05/16/2018 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must convert the Chapter 13 case to a Chapter 7 by 5/30/2018 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Notice of Conversion has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.